# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Rogelio Valdez,

Plaintiff(s),

v.

Andrew Lowry
Rafael Alvarado,

Defendant(s).

Case No. 18cv5434
Judge Jeffrey I. Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Rogelio Valdez
and against defendant(s) Andrew Lowry
                                Rafael Alvarado
in the amount of $160,000.00 ,

    which ☐ includes    pre–judgment interest.
              ☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☒ tried by a jury with Judge Cummings presiding, and the jury has rendered a verdict.
☐ tried by Judge   without a jury and the above decision was reached.   decided by Judge
☐ on a motion

Date: 12/9/2021                                   Thomas G. Bruton, Clerk of Court

                                                      C. Chambers, Deputy Clerk