## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Rogelio Valdez

                        Plaintiff,

v.                                                           Case No.: 1:18−cv−05434
                                                                     Honorable Jeffrey Cummings

Village Of Brookfield, et al.

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 23, 2022:

      MINUTE entry before the Honorable Jeffrey Cummings: The parties' agreed motion to vacate and dismiss with prejudice is granted [204]. The parties shall submit their agreed proposed order of dismissal to the Court's proposed order e−mail address for entry (proposed_order_cummings@ilnd.uscourts.gov). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.