IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ROGELIO VALDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2018 CV 5434 |
| | ) | |
| ANDREW LOWRY #402 and | ) | Mag. Judge Jeffrey I. Cummings |
| RAFAEL ALVARADO #414 | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER

This matter coming before the Court on the Joint Motion to Vacate and Dismiss With Prejudice (Doc. 204), all parties having notice and the Court fully advised in the premises, IT IS HEREBY ORDERED THAT:

1. Judgment in a Civil Case, entered December 9, 2021 (Doc. 188), is hereby vacated and held for naught;

2. Defendants, ANDREW LOWRY #402 and RAFAEL ALVARADO #414, are hereby dismissed with prejudice;

3. Nicholas Hahn, Anthony Zeman, Mark McEwan, Raymond Paton, and Daniel Flores, and all claims directed against them, are hereby dismissed with prejudice; and

4. This cause of action is hereby dismissed with prejudice and without costs assessed to either side.

_____
Judge Jeffrey I. Cummings
United States District Court for the
Northern District of Illinois – Eastern Division

Date: 3/23/22

1